FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br><br>v.<br><br>ESTHER MADRIGAL de MENDOZA; JESUS MENDOZA; ANDREA SALAZAR; LILIANA ALVAREZ TORRES; TERESA BARRERA; MARIA GARCIA; SANTOS CASTRO; and MARIA BARAJAS DE INDA,<br><br>Defendants. | NO: 4:19-CV-5181-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO JESUS MENDOZA |

BEFORE THE COURT is the Stipulated Motion to Dismiss Jesus Mendoza, ECF No. 14. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Jesus Mendoza, **ECF No. 14**, is **GRANTED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO JESUS MENDOZA ~ 1

2. Plaintiff's claims against Jesus Mendoza are dismissed without prejudice and without costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, to terminate Jesus Mendoza as a Defendant in this matter, and provide copies of this Order to counsel.

**DATED** August 19, 2019.

                                *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                 United States District Judge