# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2019

SEAN F. McAVOY, CLERK

PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurer,

*Plaintiff*

v.

ESTHER MADRIGAL de MENDOZA; TERESA BARRERA; MARIA GARCIA; SANTOS CASTRO; and MARIA BARAJAS DE INDA,

*Defendant*

Civil Action No. 4:19-CV-5181-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Default Judgment (ECF No. 44) is GRANTED.
Judgment is entered against Defendants Maria Garcia, Teresa Barrera, Santos Castro, and Maria Barajas de Inda. Progressive does not owe PIP coverage to these Defendants for the subject accident.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Default Judgment (ECF No. 44)

Date: 11/19/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates